FILED
IN CLERKS OFFICE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

2023 APR 28  AM 10: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES *ex rel.* Robert Pritsker, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| North Shore Cataract and Laser Center, LLC | ) |
| Roanoke Valley Center for Sight, LLC | ) FILED UNDER SEAL |
| Southern Alabama Surgery Center, LLC | ) PURSUANT TO 31 U.S.C. |
| Island Eye Surgicenter, LLC | ) § 3730(b)(2) |
| Syracuse ASC, LLC | ) |
| Vance Thompson Vision Surgery Center Prof, LLC | ) |
| Scottsdale Eye Surgery Center, P.C | ) |
| Eye Surgery Center of North Alabama, Inc. | ) |
| Birmingham Ambulatory Surgical Center, PLLC | ) |
| Eye Surgery Center of Augusta, LLC | ) |
| Wnc Eye Surgery Centers, Inc | ) |
| Oxford Eye Surgery Center, LP | ) |
| Hattiesburg Eye Clinic Cataract & Lasik Surgery Center, LLC | ) |
| Shasta Eye Surgeons, Inc | ) |
| Alicia Surgery Center, LLC | ) |
| Suncoast Surgery Center, LLC | ) |
| Surgery Center of Northern, Colorado | ) |
| Zeiter Eye Surgical Center, Inc | ) |
| Greenville Surgery Center, LP | ) |
| Santa Fe Surgery Center, LLC | ) |
| Cleveland Eye and Laser Surgery Center, LLC | ) |
| Marion Eye Surgery Center, LLC | ) |
| Advanced Eye Surgery Center | ) |
| Eye Surgery Center of Northern Nevada, LLC | ) |
| Tupelo Surgery Center, LLC | ) |
| Vision Surgical Center at Springhill Psc | ) |
| Dakota Surgery & Laser Center, LLC | ) |
| Regional Eye Associates, Inc | ) |
| Chesapeake Eye Surgery Center, LLC | ) |
| Surgery Center of Central Virginia, Inc. | ) |
| Albany Regional Eye Surgery Center, LLC | ) |
| Cataract and Laser Center, LLC | ) |
| Sltlbk Associates, LLC | ) |
| Spring Park Surgery Center, LLC | ) |
| Whitewater Surgery Center, LLC | ) |
| Northern Plains Surgery Center, LLC | ) |
| Black Hills Regional Eye Surgery Center, LLC | ) |

SEALED

Laser & Surgical Eye Center, LLC                                )
Bloomington Eye Institute, LLC                                  )
Clearer Vision, LLC                                             )
Griffiss Ec, LLC                                                )
Concord Eye Surgery, LLC                                        )
Northeast Alabama Eye Surgery Center                            )
Novamed Surgery Center of Nashua, LLC                           )
Center for Visual Surgical Excellence, LLC                      )
Fm Endoscopy Center, LLC                                        )
Mcpeak Surgery Center, LLC                                      )
Associated Health Services, Inc.                                )
Insight Surgery Center, LLC                                     )
Arkansas Center for Surgical Excellence                         )
Specialty Surgery & Laser Center                                )
Kingsport Tn Ophthalmology ASC, LLC                             )
Maryland Eye Surgery Center, LLC                                )
Frederick Surgical Center, LLC                                  )
The Center for Specialized Surgery, LP                          )
Novamed Surgery Center of Sandusky, LLC                         )
St George Surgical Center, LP                                   )
Findlay Surgery Center LTD                                      )
Peninsula Eye Center, PA                                        )
Meridian Surgery Center, LLC                                    )
Physician's Day Surgery Center                                  )
Ophthalmology Center of Brevard, LP                             )
Carroll County Eye Surgery Center, LLC                          )
Fleming Island Surgery Center                                   )
Jacksonville Beach Surgery Center, LLC                          )
Columbia Gorge Surgery Center, LLC                              )
Accomodative Surgery Center, LLC                                )
Center for Advanced Eye Surgery, LTD                            )
Santa Barbara Outpatient Surgery Centers, LLC                   )
Florence Surgery & Laser Center, LLC                            )
Advanced Eye Surgery Center, LLC                                )
Destin Surgery Center, LLC                                      )
Snowden River Surgery Center, LLC                               )
Ebsc, LLC                                                       )
Catalina Surgery Center, LLC                                    )
Surgery & Laser Center at Professional Park, LLC                )
Eyes of York Surgical Center, LLC                               )
Valley Medical Plaza Ambulatory                                 )
Eye Laser & Surgery Center of Columbus, LLC                     )
Atlantic Surgery Center, LLC                                    )
Idox3, LLC                                                      )
Tri-State Centers for Sight, Inc                                )
Bergman Eye Surgery Center, LLC                                 )

2

Seaside Surgical, LLC                                                    )
Rockland Surgical Project, LLC                                          )
Van Dyck ASC, LLC                                                      )
Kearney Eye Surgical Center, Inc                                        )
Center for Advanced Surgery, LLC                                        )
Cypress Outpatient Surgical Center, Inc                                 )
Victoria Surgery Center                                                 )
Eye Associates of Manatee, LLP                                          )
Long Island Ambulatory Surgery Center, LLC                             )
Filutowski Eye Institute PA                                             )
Vision Correction Center, LLC                                          )
Sacramento Surgery Center Assoc., LP                                    )
Aspen Surgery Center, LLC                                              )
Doctors Surgery Center, Inc                                            )
North Dakota Surgery Center, LLC                                        )
Northern Baltimore Surgery Center, LLC                                 )
Ocean County Eye Associates, PC                                        )
Noble Surgery Center                                                   )
Eye Surgery Center, LLC                                                )
Eastern Orange Ambulatory Surgery Center, LLC                          )
Silver Spring Ophthalmology, LLC                                       )
Shoreline ASC, Inc                                                     )
Cataract Institute of Oklahoma, LLC                                    )
Stony Point Surgery Center, LLC                                        )
Baptist and Physicians Outpatient Surgery Center of North Ms, LP )
Genesis ASC Partners, LLC                                             )
Hanover Surgicenter, LLC                                              )
Yuma Surgery Center, LLC                                              )
Physicians Day Surgery Center                                         )
Grossmont Surgery Center, LP                                          )
Columbus Surgery Center, LLC                                          )
Riverside Ambulatory Surgery Center, LLC                             )
Anmed Health Medicus Surgery Center, LLC                             )
Georgia Cataract and Eye Specialty Center, LLC                       )
Christus Santa Rosa Outpatient Surgery - New Braunfels, LP           )
Eyes On Stark Surgery Center, LLC                                    )
St. Charles Surgery Center                                           )
Eye Associates Northwest, PC                                         )
Surgery Center of Enid Inc                                           )
Midwest Eye Consultants, PC                                          )
Main Line Surgery Center, LLC                                        )
Ambulatory Surgical Center of Morris County, LLC                     )
E. Ronald Salvitti, M.D., Inc.                                       )
Surgery Alliance LTD                                                 )
Northern Wyoming Surgical Center                                     )
University of Miami                                                  )

3

New Vision Cataract Center, LLC )
Apex Surgery Center, LLC )
Bismarck Surgical Associates, LLC )
Advanced Vision Surgery Center, LLC )
Thibodaux Laser and Surgery Center, LLC )
Doctors Outpatient Surgery Center of Jupiter, LLC )
Texoma Regional Eye Institute, LLC )
Sierra Ambulatory Surgery Center, A Medical Corporation )
Texas Midwest Surgery Center, LLC )
Isurgery, LLC )
Cape Surgery Center, LLC )
Gailey Eye Surgery - Decatur, LLC )
Surgery Center of Kalamazoo, LLC )
Specialized Surgical Center of Central New Jersey, LLC )
Surgicare Center Inc )
Palestine Laser & Surgery Center, PLLC )
Eye Surgery Center of White Marsh, LLC )
Surgicenter of Norfolk, LLC )
Wolfe Surgery Center, LLC )
Plateau Surgery Center )
Des Peres Eye Surgery Center, LLC )
Cheyenne Ocular Surgery, LLC )
Campus Eye Group ASC )
Novamed Surgery Center of San Antonio LP )
The Surgery Center, LLC )
Texarkana Surgery Center, LP )
Box Canyon Surgery Center, LLC )
Nei Ambulatory Surgery Center Inc PC )
Novamed Surgery Center of Chicago-Northshore, LLC )
Eyecare Surgery Center, LLC )
Atlanticare Surgery Center )
North Mississippi Ambulatory Surgery Center, LLC )
G & G International, LLC )
Sentara Obici Ambulatory Surgery, LLC )
Tourney Plaza Surgical Center )
The Surgical Suites, LLC )
Arthur N Donaldson M D Inc )
Tenaya Surgical Center, LLC )
Dekalb Surgical Services, LLC )
Michigan Surgical Center, LLC )
Clarksville Eye Surgery Center )
Novamed Surgery Center of Madison, Limited Partnership )
Eye Surgery Limited, LLC )
Heritage Eye Surgery Center, LLC )
Freedom Vision Surgery Center, LLC )
Southern Oklahoma Surgical Center Inc )

4

Family Surgery Center, LLC )
Auburn Surgical Center LP )
Eye Physicians of Pinellas, PA )
Northwoods Surgery Center, LLC )
Eye Surgery Centers of Arizona, LLC )
Surgicare of St Andrews LTD )
Novamed Surgery Center of Cleveland LLC )
Eye Institute Surgery Center, LLC )
River forest Surgery Center LLC )
Optima Ophthalmic Medical Associates Inc )
Northwoods Surgery Center, LLC )
Pankratz Eye Institute, LLC )
Lake Area Surgicare, LLC )
Culpeper Surgery Center, LLC )
Filutowski Eye Institute PA )
Surgical Specialists ASC, LLC )
Mahoning Valley Ambulatory Surgery Center Inc )
Lindenhurst Surgery Center, LLC )
Brevard Surgery Center )
Wisconsin Laser and Surgery Center, LLC )
Physicians Ambulatory Surgery Center Inc )
Dutchess Ambulatory Surgical Center )
Specialty Surgical Center, LLC )
Courtyard Surgery Pavilion, Inc )
River Park ASC, LLC )
Surgery Center of Cullman, LLC )
Kerrville Ambulatory Surgery Center, LLC )
Sebastopol ASC, LP )
Surgical Center of Greensboro, LLC )
Eyecare Consultants Surgery Center, LLC )
Treasure Coast ASC, LLC )
Mason City Ambulatory Surgery Center, LLC )
Surgical Center of Burlington County, Inc )
Deschutes Eye Clinic Inc )
Ocala Eye Surgery Center Inc )
Associates Surgery Centers, LLC )
Independent Surgery Center, LLC )
St Clair Shores Mi Ophthalmology ASC, LLC )
Georgia Ophthalmologists, LLC )
Killer Bees LLC )
Haymarket Surgery Center, LLC )
Delaware Eye Surgery Center, LLC )
Suncoast Eye Center PA )
Angelina Theresa Bucci Eye Surgery Center )
Tri-State Surgical Center, LLC )
Alaska Eye Surgery and Laser Center, Inc )

Ophthalmology Surgical Center, Inc                              )
Washington Outpatient Surgery Center, LLC                      )
Community Surgery & Laser Center, LLC                          )
North Coast Surgery Center LTD                                 )
Greensboro Ophthalmology ASC, LLC                             )
Horseshoe Surgery Center, LLC                                 )
Surgery Center of Volusia, LLC                                )
Physicians Surgery Center, LLC                                )
Ridgewood Surgery and Endoscopy Center, LLC                   )
Ingalls Same Day Surgery Center Ltd Ptr                       )
Iec Surgical Centers LLC                                      )
Blue Ridge Surgical Center, LLC                               )
The Surgery Center, LLC                                       )
Timonium Surgery Center, LLC                                  )
Louisville Sc LTD                                             )
Midwest Eye Surgery Center                                    )
Arc Kentucky, LLC                                            )
Cleveland ASC, LLC                                           )
Village Surgicenter, Limited Partnership                      )
Columbia Surgical Institute, LLC                             )
Middle Tennessee Ambulatory Surgery Center, LP               )
Terre Haute Surgical Center, LLC                             )
Bon Secours Surgery Center at Harbour View, LLC              )
Insight Surgery & Laser Center, LLC                          )
Gardendale Surgical Associates, LLC                          )
La Peer Surgery Center, LLC                                  )
San Joaquin Laser and Surgery Center Inc                     )
Physicians Surgical Center of Ft. Worth, LLP,                )
                                                             )
       Defendants.                                           )
_____ )

## FALSE CLAIMS ACT COMPLAINT

### Introduction

1.     On behalf of the United States of America, and pursuant to the *qui tam* provisions of the United States False Claims Act, 31 U.S.C. §§ 3729 *et seq.*, Plaintiff-Relator Robert Pritsker ("Relator"), by and through the undersigned counsel, files this *qui tam* Complaint for treble damages and civil money penalties against the 249 ambulatory surgery centers ("ASCs") named above (collectively, "Defendants" or "Defendant ASCs").

6

2.     This is an action to recover treble damages and civil penalties on behalf of the United States arising from hundreds of thousands of false and/or fraudulent claims that Defendants submitted, or caused to be submitted, to Medicare Part B and Medicare Advantage plans for Omidria, a drug used during cataract surgery.  In short, each Defendant used less than 1mL of Omidria in each cataract surgery, but billed Medicare for 4mL in connection with each cataract surgery, thus improperly pocketing over $300 in taxpayer dollars for each cataract surgery they performed on a Medicare beneficiary.

### Jurisdiction and Venue

3.     The Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1345, and 31 U.S.C. § 3732.

4.     Venue is proper in this District pursuant to 31 U.S.C. § 3732(a) because one or more of the Defendants can be found, resides, or transacts business in this District and numerous acts proscribed by 31 U.S.C. § 3729 occurred in this District.

### The Parties

5.     Relator Robert Pritsker is an 81-year-old Medicare beneficiary.

6.     Relator brings this action based on his direct, independent, and personal knowledge, and also upon information and belief.  Relator is an original source of this information to the United States.  He has direct and independent knowledge of the information on which his allegations are based, and he has voluntarily disclosed to the Government all relevant information related to this Complaint.

7.     At all relevant times, all Defendants were operating as ASCs.

8.     North Shore Cataract and Laser Center, LLC, located in Stoneham, MA, was and is a limited liability company existing and doing business under the laws of the Commonwealth of Massachusetts.

9.     Roanoke Valley Center for Sight LLC, located in Salem, VA, was and is a limited liability company existing and doing business under the laws of the Commonwealth of Virginia.

10.     Southern Alabama Surgery Center LLC, located in Dothan, AL, was and is a fully licensed limited liability company existing and doing business under the laws of the State of Alabama.

11.     Island Eye Surgicenter LLC, located in Westbury, NY, was and is a limited liability company existing and doing business under the laws of the State of New York.

12.     Syracuse ASC LLC, located in Liverpool, NY, was and is a limited liability company existing and doing business under the laws of the State of New York.

13.     Vance Thompson Vision Surgery Center, Prof LLC, located in Sioux Falls, SD, was and is a limited liability company existing and doing business under the laws of the State of South Dakota.

14.     Scottsdale Eye Surgery Center, P.C., located in Scottsdale, AZ, was and is a professional corporation existing and doing business under the laws of the State of Arizona.

15.     The Eye Surgery Center of North Alabama, Inc., located in Huntsville, AL, was and is a corporation for profit existing and doing business under the laws of the State of Alabama.

16.     The Birmingham Ambulatory Surgical Center, PLLC, located in Troy, MI was and is a limited liability corporation existing and doing business under the laws of the State of Michigan.

17. The Eye Surgery Center of Augusta LLC, located in Augusta, GA, was and is a limited liability company existing and doing business under the laws of the State of Georgia.

18. WNC Eye Surgery Centers Inc., located in Asheville, NC, was and is a corporation for profit existing and doing business under the laws of the State of North Carolina.

19. The Oxford Eye Surgery Center, L.P. located in Oxford, MS, was and is a limited partnership company existing and doing business under the laws of the State of Mississippi.

20. Hattiesburg Eye Clinic Cataract and Lasik Surgery Center LLC, located in Hattiesburg, MS, was and is a limited liability company existing and doing business under the laws of the State of Mississippi.

21. Shasta Eye Medical Group, Inc., doing business as "Surgery Center of Northern California," located in Redding, CA, was and is a corporation for profit existing and doing business under the laws of the State of California.

22. Alicia Surgery Center LLC, located in Laguna Hills, CA, was and is a limited liability company existing and doing business under the laws of the State of California.

23. Suncoast Surgery Center LLC, located in Fort Myers, FL, was and is a limited liability company existing and doing business under the laws of the State of Florida.

24. Surgery Center of Northern Colorado, doing business as "Eye Center of Northern Colorado, P.C.," located in Fort Collins, CO, was and is a limited liability company existing and doing business under the laws of the State of Colorado.

25. Zeiter Eye Surgical Center, Inc., located in Stockton, CA, was and is a corporation for profit existing and doing business under the laws of the State of California.

9

26.    Greenville Surgery Center LP, doing business as "Piedmont Surgery Center," located in Greenville, SC, was and is a limited partnership existing and doing business under the laws of the State of South Carolina.

27.    Santa Fe Surgery Center LLC, located in Lady Lake, FL, was and is a limited liability company existing and doing business under the laws of the State of Florida.

28.    Cleveland Eye and Laser Surgery Center LLC, located in Fairview Park, OH, was and is a limited liability company existing and doing business under the laws of the State of Ohio.

29.    Marion Eye Surgery Center LLC, located in Mount Vernon, IL, was and is a limited liability company existing and doing business under the laws of the State of Illinois.

30.    Advanced Eye Surgery Center, located in Chico, CA, was and is a limited liability company existing and doing business under the laws of the State of California.

31.    Eye Surgery Center of Northern Nevada LLC, located in Reno, NV, was and is a limited liability company existing and doing business under the laws of the State of Nevada.

32.    Tupelo Surgery Center LLC, located in Tupelo, MS, was and is a limited liability company existing and doing business under the laws of the State of Mississippi.

33.    Vision Surgical Center at Springhill PSC, located in Jeffersonville, IN, was and is a corporation for profit existing and doing business under the laws of the State of Indiana.

34.    Dakota Surgery & Laser Center LLC, located in Bismarck, ND, was and is a limited liability company existing and doing business under the laws of the State of North Dakota.

35.    Regional Eye Associates, Inc. located in Morgantown, WV, was and is a corporation for profit existing and doing business under the laws of the State of West Virginia.

36.    Chesapeake Eye Surgery Center LLC, located in Annapolis, MD, was and is a limited liability company existing and doing business under the laws of the State of Maryland.

37.     Surgery Center of Central Virginia Inc., doing business as "Eye Surgery Center" located in Forest, VA, was and is a corporation for profit existing and doing business under the laws of the Commonwealth of Virginia.

38.     Albany Regional Eye Surgery Center LLC, located in Latham, NY, was and is a limited liability company existing and doing business under the laws of the State of New York.

39.     Cataract And Laser Center LLC, located in Crossville, TN, was and is a limited liability company existing and doing business under the laws of the State of Tennessee.

40.     Sltlbk Associates LLC, located in Bethlehem, PA, was and is a limited liability company existing and doing business under the laws of the State of Pennsylvania.

41.     Spring Park Surgery Center LLC, located in Davenport, IA, was and is a limited liability company existing and doing business under the laws of the State of Iowa.

42.     Whitewater Surgery Center LLC, located in Richmond, IN, was and is a limited liability company existing and doing business under the laws of the State of Indiana.

43.     Northern Plains Surgery Center LLC, located in Fargo, ND, was and is a limited liability company existing and doing business under the laws of the State of North Dakota.

44.     Black Hills Regional Eye Surgery Center LLC, located in Rapid City, SD, was and is a limited liability company existing and doing business under the laws of the State of South Dakota.

45.     Laser & Surgical Eye Center LLC, located in Medford, OR, was and is a limited liability company existing and doing business under the laws of the State of Oregon.

46.     Bloomington Eye Institute LLC, located in Bloomington, IL, was and is a limited liability company existing and doing business under the laws of the State of Illinois.

11

47.     Clearer Vision LLC, located in Cookeville, TN, was and is a limited liability company existing and doing business under the laws of the State of Tennessee.

48.     Griffiss Ec LLC, located in Rome, NY, was and is a limited liability company existing and doing business under the laws of the State of New York.

49.     Concord Eye Surgery LLC, located in Concord, NH, was and is a limited liability company existing and doing business under the laws of the State of New Hampshire.

50.     Northeast Alabama Eye Surgery Center, located in Gadsden, AL, was and is a limited liability company existing under the laws of the State of Alabama.

51.     Novamed Surgery Center of Nashua LLC, located in Nashua, NH, was and is a limited liability company existing and doing business under the laws of the State of New Hampshire.

52.     Center For Visual Surgical Excellence LLC, located in Chesapeake, VA, was and is a limited liability company existing and doing business under the laws of the State of Virgina.

53.     Fm Endoscopy Center LLC, located in Fargo, ND, was and is a limited liability company existing and doing business under the laws of the State of North Dakota.

54.     Mcpeak Surgery Center LLC, located in Glasgow, KY, was and is a limited liability company existing and doing business under the laws of the Commonwealth of Kentucky.

55.     Associated Health Services Inc., located in Durham, NC, was and is a corporation for profit existing and doing business under the laws of the State of North Carolina.

56.     Insight Surgery Center LLC, located in LoneTree, CO, was and is a limited liability company existing and doing business under the laws of the State of Colorado.

57.     Arkansas Center For Surgical Excellence, located in Hot Springs, AR, was and is a limited liability company existing and doing business under the laws of the State of Arkansas.

58.     Specialty Surgery & Laser Center, located in Corinth, MS, was and is a professional limited liability company existing and doing business under the laws of the State of Mississippi.

59.     Kingsport TN Ophthalmology ASC LLC, located in Kingsport, TN, was and is a limited liability company existing and doing business under the laws of the State of Tennessee.

60.     Maryland Eye Surgery Center LLC, located in Prince Frederick, MD, was and is a limited liability company existing and doing business under the laws of the State of Maryland.

61.     Frederick Surgical Center LLC, located in Frederick, MD, was and is a limited liability company existing and doing business under the laws of the State of Maryland.

62.     The Center for Specialized Surgery LP, located in Bethlehem, PA, was and is a limited partnership existing and doing business under the laws of the State of Pennsylvania.

63.     Novamed Surgery Center of Sandusky LLC, located in Sandusky, OH, was and is a limited liability company existing and doing business under the laws of the State of Ohio.

64.     St. George Surgical Center LP, located in St. George, UT, was and is a limited partnership existing and doing business under the laws of the State of Utah.

65.     Findlay Surgery Center Ltd, located in Findlay, OH, was and is a private limited company existing and doing business under the laws of the State of Ohio.

66.     Peninsula Eye Center P.A, located in Salisbury, MD, was and is a professional association existing and doing business under the laws of the State of Maryland.

67.     Meridian Surgery Center LLC, located in Meridian, MS, was and is a limited liability company existing and doing business under the laws of the State of Mississippi.

68.     Physician's Day Surgery Center, located in Little Rock, AR, was and is a corporation for profit existing and doing business under the laws of the State of Arkansas.

13

69. Ophthalmology Center of Brevard LP, located in Melbourne, FL, was and is a limited partnership existing and doing business under the laws of the State of Florida.

70. Carroll County Eye Surgery Center LLC, located in Westminster, MD, was and is a limited liability company existing and doing business under the laws of the State of Maryland.

71. Fleming Island Surgery Center, located in Orange Park, FL, was and is a limited liability company existing and doing business under the laws of the State of Florida.

72. Jacksonville Beach Surgery Center LLC, located in Jacksonville, FL, was and is a limited liability company existing and doing business under the laws of the State of Florida.

73. Columbia Gorge Surgery Center LLC, located in The Dalles, OR, was and is a limited liability company existing and doing business under the laws of the State of Oregon.

74. Accomodative Surgery Center LLC, doing business as "Brecksville Surgery Center," located in Brecksville, OH, was and is a limited liability company existing and doing business under the laws of the State of Ohio.

75. Center For Advanced Eye Surgery LTD, located in Youngstown, OH, was and is a private limited company existing and doing business under the laws of the State of Ohio.

76. Santa Barbara Outpatient Surgery Centers LLC, located in Santa Barbara, CA, was and is a limited liability company existing and doing business under the laws of the State of California.

77. Florence Surgery & Laser Center LLC, located in Florence, SC, was and is a limited liability company existing and doing business under the laws of the State of South Carolina.

78. Advanced Eye Surgery Center LLC, located in Vero Beach, FL, was and is a limited liability company existing and doing business under the laws of the State of Florida.

14

79. Destin Surgery Center LLC, located in Destin, FL, was and is a limited liability company existing and doing business under the laws of the State of Florida.

80. Snowden River Surgery Center LLC, located in Ellicott City, MD, was and is a limited liability company existing and doing business under the laws of the State of Maryland.

81. EBSC LLC, doing business as "Surgical Care Center of Michigan," located in Grand Rapids, MI, was and is a limited liability company existing and doing business under the laws of the State of Michigan.

82. Catalina Surgery Center LLC, located in Tucson, AZ, was and is a limited liability company existing and doing business under the laws of the State of Arizona.

83. Surgery & Laser Center at Professional Park LLC, located in Clinton, SC, was and is a limited liability company existing and doing business under the laws of the State of South Carolina.

84. Eyes of York Surgical Center LLC, located in York, PA, was and is a limited liability company existing and doing business under the laws of the State of Pennsylvania.

85. Valley Medical Plaza Ambulatory, located in Fresno, CA, was and is a limited liability company existing and doing business under the laws of the State of California.

86. Eye Laser & Surgery Center of Columbus LLC, located in Columbus, MS, was and is a limited liability company existing and doing business under the laws of the State of Mississippi.

87. Atlantic Surgery Center LLC, located in Long Branch, NJ, was and is a limited liability company existing and doing business under the laws of the State of New Jersey.

15

88.    Idox3 LLC, doing business as "Tri-State Surgery Center," located in Ironton, OH, was and is a limited liability company existing and doing business under the laws of the State of Ohio.

89.    Tri-State Centers for Sight Inc., located in Cincinnati, OH, was and is a corporation for profit existing and doing business under the laws of the State of Ohio.

90.    Bergman Eye Surgery Center LLC, doing business as "Physician's Surgery Center," located in Hagerstown, MD, was and is a limited liability company existing and doing business under the laws of the State of Maryland.

91.    Seaside Surgical LLC, located in Brunswick, GA, was and is a limited liability company existing and doing business under the laws of the State of Georgia.

92.    Rockland Surgical Project LLC, doing business as "Ramapo Valley Surgical Center," located in Ramsey, NJ, was and is a limited liability company existing and doing business under the laws of the State of New Jersey.

93.    Van Dyck ASC LLC, located in Paris, TN, was and is a limited liability company existing and doing business under the laws of the State of Tennessee.

94.    Kearney Eye Surgical Center Inc., located in Kearney, NE, was and is a limited liability company existing and doing business under the laws of the State of Nebraska.

95.    Center For Advanced Surgery LLC, located in Ladson, SC, was and is a limited liability company existing and doing business under the laws of the State of South Carolina.

96.    Cypress Outpatient Surgical Center, Inc., located in Santa Cruz, CA, was and is a corporation for profit existing and doing business under the laws of the State of California.

97.    Victoria Surgery Center, located in Victoria, TX, was and is a limited liability company existing and doing business under the laws of the State of Texas.

16

98. Eye Associates of Manatee LLP, doing business as "Eye Associates Surgery Center," located in Bradenton, FL, was and is a limited liability partnership existing and doing business under the laws of the State of Florida.

99. Long Island Ambulatory Surgery Center LLC, located in Brentwood, NY, was and is a limited liability company existing and doing business under the laws of the State of New York.

100. Filutowski Eye Institute PA, doing business as "Lake Mary Surgical Center," located in Lake Mary, FL, was and is a professional association existing and doing business under the laws of the State of Florida.

101. Vision Correction Center LLC, located in Tuscaloosa, AL, was and is a limited liability company existing and doing business under the laws of the State of Alabama.

102. Sacramento Surgery Center Association LP, doing business as "Capitol City Surgery Center," located in Sacramento, CA, was and is a limited partnership existing and doing business under the laws of the State of California.

103. Aspen Surgery Center LLC, located in Walnut Creek, CA, was and is a limited liability company existing and doing business under the laws of the State of California.

104. Doctors Surgery Center Inc., located in Nacogdoches, TX, was and is a limited liability company existing and doing business under the laws of the State of Texas.

105. North Dakota Surgery Center LLC, located in Grand Forks, ND, was and is a limited liability company existing and doing business under the laws of the State of North Dakota.

106. Northern Baltimore Surgery Center LLC, located in Towson, MD, was and is a limited liability company existing and doing business under the laws of the State of Maryland.

17

107. Ocean County Eye Associates LLC, doing business as "Ocean County Eye Surgery Center," located in Toms River, NJ, was and is a limited liability company existing and doing business under the laws of the State of New Jersey.

108. Noble Surgery Center, located in Visalia, CA, was and is a limited liability company existing and doing business under the laws of the State of California.

109. Eye Surgery Center LLC, located in Belleville, IL, was and is a limited liability company existing and doing business under the laws of the State of Illinois.

110. Eastern Orange Ambulatory Surgery Center LLC, located in Cornwall, NY, was and is a limited liability company existing and doing business under the laws of the State of New York.

111. Silver Spring Ophthalmology LLC, located in Silver Spring, MD, was and is a limited liability company existing and doing business under the laws of the State of Maryland.

112. Shoreline ASC, Inc., located in Muskegon, MI, was and is a corporation for profit existing and doing business under the laws of the State of Michigan.

113. Cataract Institute of Oklahoma LLC, located in Edmond, OK, was and is a limited liability company existing and doing business under the laws of the State of Oklahoma.

114. Stony Point Surgery Center LLC, located in Richmond, VA, was and is a limited liability company existing and doing business under the laws of the Commonwealth of Virginia.

115. Baptist And Physicians Outpatient Surgery Center, doing business as "Oxford Surgery Center," located in Oxford, MS, was and is a limited liability company existing and doing business under the laws of the State of Mississippi.

116. Genesis ASC Partners LLC, located in Lansing, MI, was and is a limited liability company existing and doing business under the laws of the State of Michigan.

18

117.    Hanover Surgicenter LLC, located in Hanover, PA, was and is a limited liability company existing and doing business under the laws of the State of Pennsylvania.

118.    Yuma Surgery Center LLC, located in Yuma, AZ, was and is a limited liability company existing and doing business under the laws of the State of Arizona.

119.    Physicians Day Surgery Center, located in Pine Bluff, AR, was and is a limited liability company existing and doing business under the laws of the State of Arkansas.

120.    Grossmont Surgery Center LP, located in La Mesa, CA, was and is a limited partnership existing and doing business under the laws of the State of California.

121.    Columbus Surgery Center LLC, located in Columbus, NE, was and is a limited liability company existing and doing business under the laws of the State of Nebraska.

122.    Riverside Ambulatory Surgery Center LLC, located in Bourbonnais, IL, was and is a limited liability company existing and doing business under the laws of the State of Illinois.

123.    Anmed Health Medicus Surgery Center LLC, formerly known as "Medicus Surgery Center, Inc.," located in Anderson, SC, was and is a limited liability company existing and doing business under the laws of the State of South Carolina.

124.    Georgia Cataract and Eye Specialty Center LLC, located in Carrollton, GA, was and is a limited liability company existing and doing business under the laws of the State of Georgia.

125.    Christus Santa Rosa Outpatient Surgery – New Braunfels LP, doing business as "Christus Physicians Surgery Center – New Braunfels," located in New Braunfels, TX, was and is a limited liability company existing and doing business under the laws of the State of Texas.

126.    Eyes On Stark Surgery Center LLC, doing business as "Vista Surgical Center," located in Canton, OH, was and is a limited liability company existing and doing business under the laws of the State of Ohio.

127.    St. Charles Surgery Center, located in St. Charles, MO, was and is a limited liability company existing and doing business under the laws of the State of Missouri.

128.    Eye Associates Northwest PC, located in Seattle, WA, was and is a professional corporation existing and doing business under the laws of the State of Washington.

129.    Surgery Center of Enid Inc., located in Enid, OK, was and is a corporation for profit existing and doing business under the laws of the State of Oklahoma.

130.    Midwest Eye Consultants PC, doing business as "CLI Surgery Center," located in Fort Wayne, IN, was and is a professional corporation existing and doing business under the laws of the State of Indiana.

131.    Main Line Surgery Center LLC, located in Bala Cynwyd, PA, was and is a limited liability company existing and doing business under the laws of the State of Pennsylvania.

132.    Ambulatory Surgical Center of Morris County LLC, doing business as "Ridgedale Surgery Center," located in Cedar Knolls, NJ, was and is a limited liability company existing and doing business under the laws of the State of New Jersey.

133.    E. Ronald Salvitti, M.D., Inc., doing business as "Southwest PA Eye Surgery Center," located in Washington, PA, was and is a corporation for profit existing and doing business under the laws of the State of Pennsylvania.

134.    Surgery Alliance Ltd., located in Alliance, OH, was and is a limited liability company existing and doing business under the laws of the State of Ohio.

20

135.    Northern Wyoming Surgical Center, located in Cody, WY, was and is a limited liability company existing and doing business under the laws of the State of Wyoming.

136.    University Of Miami, doing business as "Umiami Medicine – Opthalmology (Naples Bascom Palmer – ASC), located in Naples, FL, was and is existing and doing business under the laws of the State of Florida.

137.    New Vision Cataract Center LLC, located in Norwalk, CT, was and is a limited liability company existing and doing business under the laws of the State of Connecticut.

138.    Apex Surgery Center LLC, located in Ada, OK, was and is a limited liability company existing and doing business under the laws of the State of Oklahoma.

139.    Bismarck Surgical Associates LLC, located in Bismarck, ND, was and is a limited liability company existing and doing business under the laws of the State of North Dakota.

140.    Advanced Vision Surgery Center LLC, located in Williamsburg, VA, was and is a limited liability company existing and doing business under the laws of the Commonwealth of Virginia.

141.    Thibodaux Laser and Surgery Center LLC, doing business as "Laser & Surgery Center of The Palm Beaches," located in Thibodaux, LA, was and is a limited liability company existing and doing business under the laws of the State of Louisiana.

142.    Doctors Outpatient Surgery Center of Jupiter LLC, located in Palm Beach Gardens, FL, was and is a limited liability company existing and doing business under the laws of the State of Florida.

143.    Texoma Regional Eye Institute LLC, located in Durant, OK, was and is a limited liability company existing and doing business under the laws of the State of Oklahoma.

21

144.   Sierra Ambulatory Surgery Center, located in Visalia, CA, was and is a corporation for profit existing and doing business under the laws of the State of California.

145.   Texas Midwest Surgery Center LLC, located in Abilene, TX, was and is a limited liability company existing and doing business under the laws of the State of Texas.

146.   Isurgery LLC, located in Aberdeen, SD, was and is a limited liability company existing and doing business under the laws of the State of South Dakota.

147.   Cape Surgery Center LLC, located in Dyersburg, TN, was and is a limited liability company existing and doing business under the laws of the State of Tennessee.

148.   Gailey Eye Surgery- Decatur LLC, located in Decatur, IL, was and is a limited liability company existing and doing business under the laws of the State of Illinois.

149.   Surgery Center of Kalamazoo LLC, located in Portage, MI, was and is a limited liability company existing and doing business under the laws of the State of Michigan.

150.   Specialized Surgical Center of Central New Jersey LLC, formerly known as "Somerset Eye Institute PC," located in East Brunswick, NJ, was and is a limited liability company existing and doing business under the laws of the State of New Jersey.

151.   Surgicare Center Inc., located in Fort Myers, FL, was and is a corporation for profit existing and doing business under the laws of the State of Florida.

152.   Palestine Laser & Surgery Center PLLC, located in Palestine, TX, was and is a professional limited liability company existing and doing business under the laws of the State of Texas.

153.   Eye Surgery Center of White Marsh LLC, located in Baltimore, MD, was and is a limited liability company existing and doing business under the laws of the State of Maryland.

154.    Surgicenter of Norfolk LLC, doing business as "Fountain Point Surgery Center," located in Norfolk, NE, was and is a limited liability company existing and doing business under the laws of the State of Nebraska.

155.    Wolfe Surgery Center LLC, located in West Des Moines, IA, was and is a limited liability company existing and doing business under the laws of the State of Iowa.

156.    Plateau Surgery Center, located in Crossville, TN, was and is a limited liability company existing and doing business under the laws of the State of Tennessee.

157.    Des Peres Eye Surgery Center LLC, doing business as "St. Louis Eye Surgery and Laser Center," located in Saint Louis, MO, was and is a limited liability company existing and doing business under the laws of the State of Missouri.

158.    Cheyenne Ocular Surgery LLC, doing business as "Cheyenne Eye Surgery," located in Cheyenne, WY, was and is a limited liability company existing and doing business under the laws of the State of Wyoming.

159.    Campus Eye Group ASC, located in Hamilton Square, NJ, was and is a limited liability company existing and doing business under the laws of the State of New Jersey.

160.    Novamed Surgery Center of San Antonio LP, doing business as "American Surgery Center," located in San Antonio, TX, was and is a limited partnership existing and doing business under the laws of the State of Texas.

161.    The Surgery Center LLC, located in Oxford, AL, was and is a limited liability company existing and doing business under the laws of the State of Alabama.

162.    Texarkana Surgery Center LP, located in Texarkana, TX, was and is a limited partnership existing and doing business under the laws of the State of Texas.

163.    Box Canyon Surgery Center LLC, located in Las Vegas, NV, was and is a limited liability company existing and doing business under the laws of the State of Nevada.

164.    Nei Ambulatory Surgery Center Inc PC, located in Scranton, PA, was and is a professional corporation existing and doing business under the laws of the State of Pennsylvania.

165.    Novamed Surgery Center of Chicago- Northshore, located in Chicago, IL, was and is a limited liability company existing and doing business under the laws of the State of Illinois.

166.    Eyecare Surgery Center LLC, located in Jackson, MS, was and is a limited liability company existing and doing business under the laws of the State of Mississippi.

167.    Atlanticare Surgery Center, located in Little Egg Harbor Township, NJ, was and is a limited liability company existing and doing business under the laws of the State of New Jersey.

168.    North Mississippi Ambulatory Surgery Center LLC, located in Tupelo, MS, was and is a limited liability company existing and doing business under the laws of the State of Mississippi.

169.    G & G International LLC, located in Painesville, OH, was and is a limited liability company existing and doing business under the laws of the State of Ohio.

170.    Sentara Obici Ambulatory Surgery LLC, located in Suffolk, VA, was and is a limited liability company existing and doing business under the laws of the Commonwealth of Virginia.

171.    Tourney Plaza Surgical Center, located in Valencia, CA, was and is a company existing and doing business under the laws of the State of California.

172.    The Surgical Suites LLC, formerly known as "Faulkner Institute For Eye Care & Surgery," located in Honolulu, HI, was and is a limited liability company existing and doing business under the laws of the State of Hawaii.

24

173.    Arthur N Donaldson M.D. Inc., doing business as "Sonora Eye Surgery Center," located in Sonora, CA, was and is a corporation for profit existing and doing business under the laws of the State of California.

174.    Tenaya Surgical Center LLC, located in Las Vegas, NV, was and is a limited liability company existing and doing business under the laws of the State of Nevada.

175.    Dekalb Surgical Services LLC, located in Sycamore, IL, was and is a limited liability company existing and doing business under the laws of the State of Illinois.

176.    Michigan Surgical Center LLC, located in East Lansing, MI, was and is a limited liability company existing and doing business under the laws of the State of Michigan.

177.    Clarksville Eye Surgery Center, located in Clarksville, TN, was and is a limited liability company existing and doing business under the laws of the State of Tennessee.

178.    Novamed Surgery Center of Madison, located in Madison, WI, was and is a limited partnership existing and doing business under the laws of the State of Wisconsin.

179.    Eye Surgery Limited LLC, doing business as "Virginia Center for Eye Surgery," located in Virginia Beach, VA, was and is a limited liability company existing and doing business under the laws of the Commonwealth of Virginia.

180.    Heritage Eye Surgery Center LLC, doing business as "Precision Vision Surgery Center," located in Oklahoma City, OK, was and is a limited liability company existing and doing business under the laws of the State of Oklahoma.

181.    Freedom Vision Surgery Center LLC, located in Encino, CA, was and is a limited liability company existing and doing business under the laws of the State of California.

182.    Southern Oklahoma Surgical Center Inc., located in Ardmore, OK, was and is a corporation for profit existing and doing business under the laws of the State of Oklahoma.

183.    Family Surgery Center LLC, located in Willmar, MN, was and is a limited liability company existing and doing business under the laws of the State of Minnesota.

184.    Auburn Surgical Center LP, located in Auburn, CA, was and is a limited partnership existing and doing business under the laws of the State of California.

185.    Eye Physicians of Pinellas PA, doing business as "Largo Ambulatory Surgery Center," located in Largo, FL, was and is a professional association company existing and doing business under the laws of the State of Florida.

186.    Northwoods Surgery Center LLC, located in Woodruff, WI, was and is a limited liability company existing and doing business under the laws of the State of Wisconsin.

187.    Eye Surgery Centers of Arizona LLC, doing business as "Eye Surgery at The Biltmore LLC," located in Phoenix, AZ, was and is a limited liability company existing and doing business under the laws of the State of Arizona.

188.    Surgicare Of St. Andrews Ltd., located in Venice, FL, was and is a limited liability company existing and doing business under the laws of the State of Florida.

189.    Novamed Surgery Center of Cleveland LLC, doing business as "The Surgery Center of Cleveland," located in Cleveland, TN, was and is a limited liability company existing and doing business under the laws of the State of Tennessee.

190.    Eye Institute Surgery Center LLC, located in Melbourne, FL, was and is a limited liability company existing and doing business under the laws of the State of Florida.

191.    River Forest Surgery Center LLC, located in River Forest, IL, was and is a limited liability company existing and doing business under the laws of the State of Illinois.

192.    Optima Ophthalmic Medical Associates Inc., located in Hayward, CA, was and is a corporation for profit existing and doing business under the laws of the State of California.

193.    Northwoods Surgery Center LLC, located in Virgina, MN, was and is a limited liability company existing and doing business under the laws of the State of Minnesota.

194.    Pankratz Eye Institute LLC, formerly known as "Columbus Eye Surgery Center, LLC," located in Columbus, IN, was and is a limited liability company existing and doing business under the laws of the State of Indiana.

195.    Lake Area Surgicare LLC, doing business as "Surgicare of Lake Charles," located in Lake Charles, LA, was and is a limited liability company existing and doing business under the laws of the State of Louisiana.

196.    Culpeper Surgery Center LLC, located in Culpeper, VA, was and is a limited liability company existing and doing business under the laws of the State of Virgina.

197.    Filutowski Eye Institute PA, doing business as "Sunrise Surgical Center," located in Daytona Beach, FL, was and is a professional association existing and doing business under the laws of the State of Florida.

198.    Surgical Specialists ASC LLC, located in Fort Walton Beach, FL, was and is a limited liability company existing and doing business under the laws of the State of Florida.

199.    Mahoning Valley Ambulatory Surgery Center Inc., located in Tamaqua, PA, was and is a corporation for profit existing and doing business under the laws of the State of Pennsylvania.

200.    Lindenhurst Surgery Center LLC, doing business as "Red Oaks Surgical Suites," located in Lindenhurst, IL, was and is a limited liability company existing and doing business under the laws of the State of Illinois.

201.    Brevard Surgery Center, located in Melbourne, FL, was and is a limited liability company existing and doing business under the laws of the State of Florida.

202.    Wisconsin Laser And Surgery Center LLC, located in Milwaukee, WI, was and is a limited liability company existing and doing business under the laws of the State of Wisconsin.

203.    Physicians Ambulatory Surgery Center LLC, located in Ormond Beach, FL, was and is a limited liability company existing and doing business under the laws of the State of Florida.

204.    Dutchess Ambulatory Surgical Center, located in Poughkeepsie, NY, was and is a limited liability company existing and doing business under the laws of the State of New York.

205.    Specialty Surgical Center LLC, located in Beverly Hills, CA, was and is a limited liability company existing and doing business under the laws of the State of California.

206.    Courtyard Surgery Pavillion Inc., located in Visalia, CA, was and is a corporation for profit existing and doing business under the laws of the State of California.

207.    River Park ASC LLC, located in Vidalia, LA, was and is a limited liability company existing and doing business under the laws of the State of Louisiana.

208.    Surgery Center Of Cullman LLC, formerly known as "Healthsouth /Woodlands Surgery Center Of Cullman, LLC" located in Cullman, AL, was and is a limited liability company existing and doing business under the laws of the State of Alabama.

209.    Kerrville Ambulatory Surgery Center LLC, located in Kerrville, TX, was and is a limited liability company existing and doing business under the laws of the State of Texas.

210.    Sebastopol ASC LP, located in Sebastopol, CA, was and is a limited partnership existing and doing business under the laws of the State of California.

211.    Surgical Center of Greensboro LLC, located in Greensboro, NC, was and is a limited liability company existing and doing business under the laws of the State of North Carolina.

212.    Eyecare Consultants Surgery Center LLC, located in Evansville, IN, was and is a limited liability company existing and doing business under the laws of the State of Indiana.

213.    Treasure Coast ASC LLC, doing business as "Treasure Coast Center for Surgery," located in Stuart, FL, was and is a limited liability company existing and doing business under the laws of the State of Florida.

214.    Mason City Ambulatory Surgery Center LLC, doing business as "Mason City Surgery Center," located in Mason City, IA, was and is a limited liability company existing and doing business under the laws of the State of Iowa.

215.    Surgical Center of Burlington County Inc., located in Willingboro, NJ, was and is a corporation for profit existing and doing business under the laws of the State of New Jersey.

216.    Deschutes Eye Clinic Inc., doing business as "Eye Surgery Institute," located in Redmond, OR, was and is a corporation for profit existing and doing business under the laws of the State of Oregon.

217.    Ocala Eye Surgery Center Inc., located in Ocala, FL, was and is a corporation for profit existing and doing business under the laws of the State of Florida.

218.    Associates Surgery Centers LLC, located in West Mifflin, PA, was and is a limited liability company existing and doing business under the laws of the State of Pennsylvania.

219.    Independent Surgery Center LLC, located in Chippewa Falls, WI, was and is a limited liability company existing and doing business under the laws of the State of Wisconsin.

220.    St. Clair Shores MI Opthalmology ASC LLC, located in Saint Claire Shores, MI, was and is a limited liability company existing and doing business under the laws of the State of Michigan.

221.    Georgia Ophthalmologist LLC, doing business as "Georgia Ophthalmologists Ambulatory Surgery Center," located in Covington, GA, was and is a limited liability company existing and doing business under the laws of the State of Georgia.

222. Killer Bees LLC, doing business as "Bluegrass Surgery And Laser Center," located in Louisville, KY, was and is a limited liability company existing and doing business under the laws of the Commonwealth of Kentucky.

223. Haymarket Surgery Center LLC, located in Haymarket, VA, was and is a limited liability company existing and doing business under the laws of the Commonwealth of Virginia.

224. Delaware Eye Surgery Center LLC, located in Rehoboth Beach, DE, was and is a limited liability company existing and doing business under the laws of the State of Delaware.

225. Suncoast Eye Center PA, located in Hudson, FL, was and is a professional association company existing and doing business under the laws of the State of Florida.

226. Angelina Theresa Bucci Eye Surgery Center, located in Wilkes Barre, PA, was and is a limited liability company existing and doing business under the laws of the State of Pennsylvania.

227. Tri-State Surgical Center LLC, located in Martinsburg, WV, was and is a limited liability company existing and doing business under the laws of the State of West Virginia.

228. Alaska Eye Surgery and Laser Center Inc., located in Anchorage, AK, was and is a limited liability company existing and doing business under the laws of the State of Alaska.

229. Ophthalmology Surgical Center Inc., located in Harrisburg, PA, was and is a corporation for profit existing and doing business under the laws of the State of Pennsylvania.

230. Washington Outpatient Surgery Center LLC, located in Fremont, CA, was and is a limited liability company existing and doing business under the laws of the State of California.

231. Community Surgery and Laser Center LLC, located in Warren, PA, was and is a limited liability company existing and doing business under the laws of the State of Pennsylvania.

30

232.    North Coast Surgery Center Ltd., located in Oceanside, CA, was and is a limited liability company existing and doing business under the laws of the State of California.

233.    Greensboro Ophthalmology ASC LLC, doing business as "Surgical Eye Center," located in Greensboro, NC, was and is a limited liability company existing and doing business under the laws of the State of North Carolina.

234.    Horseshoe Surgery Center LLC, doing business as "Lakewood Surgery Center," located in Grand Rapids, MN, was and is a limited liability company existing and doing business under the laws of the State of Minnesota.

235.    Surgery Center of Volusia LLC, located in Port Orange, FL, was and is a limited liability company existing and doing business under the laws of the State of Florida.

236.    Physicians Surgery Center LLC, located in Carbondale, IL, was and is a limited liability company existing and doing business under the laws of the State of Illinois.

237.    Ridgewood Surgery and Endoscopy Center LLC, located in Wichita, KS, was and is a limited liability company existing and doing business under the laws of the State of Kansas.

238.    Ingalls Same Day Surgery Center LP, located in Tinley Park, IL, was and is a limited partnership existing and doing business under the laws of the State of Illinois.

239.    IEC Surgical Centers LLC, doing business as "Physicians Surgery Center" located in Hannibal, MO, was and is a limited liability company existing and doing business under the laws of the State of Missouri.

240.    Blue Ridge Surgical Center LLC, located in Kansas City, MO, was and is a limited liability company existing and doing business under the laws of the State of Missouri.

241.    The Surgery Center LLC, located in Columbus, GA, was and is a limited liability company existing and doing business under the laws of the State of Georgia.

31

242. Timonium Surgery Center LLC, located in Timonium, MD, was and is a limited liability company existing and doing business under the laws of the State of Maryland.

243. Louisville SC LTD, located in Louisville, KY, was and is a limited company existing and doing business under the laws of the Commonwealth of Kentucky.

244. Midwest Eye Surgery Center, located in Cincinnati, OH, was and is a medical facility existing and doing business under the laws of the State of Ohio.

245. Arc Kentucky LLC, doing business as "Dupont Surgery Center," located in Louisville, KY, was and is a limited company existing and doing business under the laws of the Commonwealth of Kentucky.

246. Cleveland ASC LLC, doing business as "Cleveland Surgical Suites," located in Richmond Heights, OH, was and is a limited liability company existing and doing business under the laws of the State of Ohio.

247. Village Surgicenter LP, doing business as "Village Surgicenter of Erie," located in Erie, PA, was and is a limited partnership existing and doing business under the laws of the State of Pennsylvania.

248. Columbia Surgical Institute LLC, located in Elkridge, MD, was and is a limited liability company existing and doing business under the laws of the State of Maryland.

249. Middle Tennessee Ambulatory Surgery Center LP, located in Murfreesboro, TN, was and is a limited partnership existing and doing business under the laws of the State of Tennessee.

250. Terre Haute Surgical Center LLC, located in Terre Haute, IN, was and is a limited liability company existing and doing business under the laws of the State of Indiana.

251.    Bon Secours Surgery Center at Harbour View LLC, located in Suffolk, VA, was and is a limited liability company existing and doing business under the laws of the Commonwealth of Virginia.

252.    Insight Surgery & Laser Center LLC, located in Zanesville, OH, was and is a limited liability company existing and doing business under the laws of the State of Ohio.

253.    Gardendale Surgical Associates LLC, located in Gardendale, AL, was and is a limited liability company existing and doing business under the laws of the State of Alabama.

254.    La Peer Surgery Center LLC, doing business as "LA Peer Health Systems," located in Beverly Hills, CA, was and is a limited liability company existing and doing business under the laws of the State of California.

255.    San Joaquin Laser Surgery Center Inc., located in Stockton, CA, was and is a corporation for profit existing and doing business under the laws of the State of California.

256.    Physicians Surgical Center of Ft. Worth LLP, doing business as "Baylor Scott & White Surgicare Fort Worth," located in Fort Worth, TX, was and is a limited liability partnership existing and doing business under the laws of the State of Texas.

257.    At all times relevant to this Complaint, Defendants were certified by Medicare to provide medical services to beneficiaries of Medicare, including residents of this District.

258.    Upon information and belief, Defendants are and were at all times relevant to this action "Participating Providers" as defined in Title 42 of the Code of Federal Regulations in that each Defendant had entered into a Participating Provider Agreement ("PPA") with the United States. Pursuant to the PPAs, Defendants agreed to accept assignments of monies paid for Medicare beneficiaries, and such payments were made directly to Defendants.

33

## I.    Statutory and Regulatory Framework

### A.    Medicare

259.    In 1965, Congress enacted the Health Insurance for the Aged and Disabled Act, 42 U.S.C. § 1395 *et seq.*, known as the Medicare Program, as part of Title XVIII of the Social Security Act, to pay for the costs of certain health care services.  Beneficiaries are entitled to Medicare based on age, disability, or affliction with end-stage renal disease.  *See* 42 U.S.C. §§ 426, 426-1.

260.    The United States administers the Medicare Program through the Department of Health and Human Services, which delegates direct responsibility for administration of the Medicare Program to its component agency, the Centers for Medicare and Medicaid Services ("CMS").    The Medicare Program has four parts. 42 U.S.C. §§ 1395c–1395i.  Part B ("Supplementary Medical Insurance for the Aged and Disabled") generally covers, *inter alia*, payment for ASC services, physician services, services and supplies incident to physician services (such as certain drugs and biologicals), and diagnostic tests. *See* 42 U.S.C. § 1395k.

261.    Certain allegations in this Complaint are based on Part B claims submitted by Defendants to Medicare.  Upon information and belief, additional similar false claims were submitted by Defendants to Medicare Advantage under Medicare Part C.

262.    For outpatient treatment, all Medicare reimbursement is subject to Part B.  42 U.S.C. §§ 1395j-1395w-4.

263.    An ASC is a distinct entity that operates exclusively to furnish outpatient surgical services to patients who do not require hospitalization and are typically discharged less than 24 hours following admission.

264.    ASCs that wish to submit claims for Medicare reimbursement must enroll in the Medicare Program.  As part of that enrollment process, ASCs must meet certain certification

requirements and enter into a legal agreement (*i.e.*, PPA) with CMS pursuant to 42 C.F.R. § 416 Subpart B to receive Medicare payment. Each ASC must abide by the quality and safety regulations, known as the Conditions for Coverage.

265.    In addition, each ASC must certify its compliance with Medicare laws, regulations, and program instructions and conditions. 42 C.F.R. § 424.510. Enrolled providers also have a duty to be knowledgeable of and comply with the statutes, regulations, and program instructions and conditions regarding coverage for services for which they seek reimbursement. 42 C.F.R. §§ 424.516(a)(1-2).

266.    To obtain Medicare reimbursement for certain outpatient items or services, ASCs, providers, and suppliers submit a claim form known as the CMS-1500 form ("CMS-1500") or file claims via the 837P electronic process ("837P"). Among the information the provider or supplier includes via the CMS-1500 or 837P form are certain five-digit codes, including Current Procedural Terminology Codes ("CPT codes") and Healthcare Common Procedure Coding System ("HCPCS") codes. These codes identify the services rendered, for which reimbursement is sought, and the unique billing identification number of the "rendering provider" and the "referring provider or other source."

267.    CPT and HCPCS codes are assigned allowable charges, which are published in a fee schedule. Healthcare providers must use the appropriate CPT or HCPCS code on claims when seeking reimbursement from Medicare. It is a provider's responsibility to ensure that the codes selected on the claim are medically necessary, reflect the services rendered to the patient, and are allowable under Medicare rules.

268.    In addition to a procedure code, Medicare providers are also required to affix a diagnosis code with each claim. 42 C.F.R. § 424.32. During the relevant time period in this action,

35

Medicare providers were required to use the International Classification of Diseases, Ninth Revision ("ICD-9") codes and Tenth Revision ("ICD-10") codes. ICD-9/ICD-10 is a coding system used to describe the diagnosis or medical condition for which medical services are rendered when Medicare claims are submitted to Medicare carriers. The services billed must be reasonable and necessary for the treatment of the diagnosed condition. 42 U.S.C. § 1395y(a)(1)(A). Medicare will not reimburse a provider for services that are not reasonable and necessary.

269.    Where applicable, Medicare providers are also required to provide a CPT or HCPCS code modifier. A CPT or HCPCS code modifier is a two-digit code linked to the CPT or HCPCS code that provides a further description of the procedure, service, or product provided or performed during the procedure, surgery, or visit.

270.    Any provider seeking Medicare reimbursement through Part B must sign the CMS-1500 or 837P. By signing the CMS-1500 and submitting the claim for payment from Medicare, the provider is certifying, among other things, that the "services shown on this form were medically indicated and necessary and personally furnished by me or were furnished incident to my professional service by my employee under my direct supervision."

271.    Providers who submit claims electronically under 837P must also execute an Electronic Data Interchange ("EDI") Enrollment Form with CMS. By executing the EDI Enrollment Form, a provider agrees to "be responsible for all Medicare claims submitted to CMS by itself, its employees, or its agents," and to "submit claims that are accurate, complete, and truthful."

272.    By executing an EDI Enrollment Form, a provider also acknowledges "that all claims will be paid from Federal funds, that the submission of such claims is a claim for payment under the Medicare program, and that anyone who misrepresents or falsifies or causes to be

36

misrepresented or falsified any record or other information relating to that claim as required by this Agreement may, upon Case conviction be subject to a fine and/or imprisonment under applicable Federal law."

273.    Because it is not feasible for Medicare personnel to review every patient's medical records for the millions of claims for payments from providers, the program relies on providers to comply with Medicare requirements and trusts providers to submit truthful and accurate certifications and claims.

274.    Generally, once a provider submits the CMS-1500 or electronic 837P to Medicare, the claim is paid directly to the provider without Medicare reviewing supporting documentation, including medical records.

### B.    Non-Coverage of Certain Services and Supplies

275.    Medicare does not cover any and all services a health care provider might render to a patient.

276.    In particular, Medicare does not pay for medical services, drugs, and supplies that are not reasonable and necessary for the diagnosis or treatment of the patient's illness or injury. 42 U.S.C. § 1395y(a)(1)(A) (excluding from payment under Medicare medically unnecessary services).

277.    Medicare overbilling refers to the phenomenon that providers report more and/or higher-intensity service codes or higher usage of drugs or supplies than actually delivered and/or used in order to receive higher Medicare reimbursement.

278.    Not surprisingly, Medicare does permit or make payment for such overbilling.

## C.    Payments to ASCs

279.    ASCs receive a single Medicare payment for covered surgical procedures on a per procedure basis, including ASC facility services furnished with the covered procedure.  Examples of covered ASC facility services are:

- Nursing services, technical personnel furnished services, and other related services

- Drugs and biologicals (when Medicare makes no Outpatient Prospective Payment System [OPPS] separate payment), surgical dressings, supplies, splints, casts, appliances, and equipment

- Administrative, recordkeeping, and housekeeping items and services

- Blood, blood plasma, and platelets, except when the blood deductible applies

- Materials, including supplies and equipment for administering and monitoring anesthesia

- Intraocular lenses

- Implantable devices, except devices with OPPS pass-through status

- OPPS-packaged radiology services

280.    Medicare pays ASCs separately for covered ancillary services integral to a covered surgical procedure, such as certain services furnished immediately before, during, or after the procedure. Covered ancillary services include:

- Certain drugs and biologicals

- Radiology services integral to the surgical procedure

- Brachytherapy sources

38

- Implantable pass-through status devices

- Corneal tissue acquisition

### D.   Billing by ASCs for Drugs and Biologicals

281.   ASCs and other health care providers may be entitled to bill CMS for use of a drug or biological ("drug") during a medical procedure or surgery. 42 C.F.R. § 416.61(a)(3). A J-Code is a HCPCS alpha-numeric code issued by CMS to identify and describe a drug product. It is used by ASCs and other medical facilities to bill for the administration of non-oral medication to a patient. *See* Billing and Coding Guidelines for Drugs and Biologics, L34741, CMS 100-02, Medicare Benefit Policy Manual, Chapter 15, Section 50; *see also,* 42 C.F.R. § 416.174. J-Code billing must include the appropriate number of units of the drug that were both necessary and actually used. *See* CMS Form 1500 or Electronic Form 837p. Medicare assigns a billing "unit" size for each drug. *See* Medicare Claims Processing Manual, Ch. 17 – Drugs and Biologicals. Providers are permitted to bill for all units, and part of units, actually used and needed. As to parts of units, if a billing unit for a drug was 1mL, but in a particular procedure only 0.5mL was used, the provider would be permitted to bill for one unit (rather than ½ unit). Medicare Claims Processing Manual, Ch. 17, § 40.

282.   As a result of CMS rule-making effective January 1, 2017, providers and suppliers have been required to report the "JW" modifier on all claims that bill for drugs and biologicals separately payable under Medicare Part B for the unused and discarded amounts ("discarded amounts") from single-dose containers or single-use packages ("single-dose containers"). 42 C.F.R. § 414.940; Medicare Claims Processing Manual, Ch. 17, § 40. Also, providers and suppliers must document the amount of discarded drugs in Medicare beneficiaries' medical records. *Id.* CMS created this rule to assist it in eliminating wasteful Medicare payments due to

oversized containers. For example, assume again that a drug has a 1mL unit, but comes in a 4mL container. If the provider used 1mL for a procedure and discarded the remaining 3mL, Medicare rules require that the provider bill one unit with the J-code, and 3 units with the J-code and JW modifier – to indicate that 3 units (3mL) were wasted. A provider that billed 4 units with the J-code and none with the JW modifier would have submitted a false claim because it had falsely advised Medicare it had used 4 units rather than 1 unit for the procedure.

### E.    The False Claims Act

283.    The False Claims Act, in pertinent part, provides that any person who:

> a. knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval; [or]
>
> b. knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim...
>
> is liable to the United States Government [for statutory damages and such penalties as are allowed by law].

31 U.S.C. § 3729(a)(1)(A)-(B).

284.    The False Claims Act further provides that "knowing" and "knowingly" mean that a person, with respect to information-

> • has actual knowledge of the information;
>
> • acts in deliberate ignorance of the truth or falsity of the information; or
>
> • acts in reckless disregard of the truth or falsity of the information; and
>
> require no proof of specific intent to defraud[.]

31 U.S.C. § 3729(b)(1).

285.    The False Claims Act, at 31 U.S.C. § 3729(a)(1), provides that a person is liable to the United States Government for three times the amount of damages which the Government sustains because of the act of that person, plus (for violations in 2020) a civil penalty of approximately $11,665 to $23,331 per violation.

## II.    Defendant's False and Fraudulent Claims

### A.    Cataract Surgery

286.    A normal human eye has a clear lens. A cataract causes the lens to become cloudy, which causes blurry vision and increases glare from light. Cataract surgery is a procedure to remove the cloudy lens of the eye, and in most cases, replace it with a clear artificial lens.

287.    Typically, cataract surgery is performed by an ophthalmologist on an outpatient basis. Approximately four million cataract surgeries are performed each year in the United States, and approximately two million of these procedures are performed in ASCs. Because cataracts develop most frequently as people age, cataract surgeries are typically performed on the elderly population, most of whom are insured by Medicare.

288.    During cataract surgery, the clouded lens is removed, and a clear artificial lens is usually implanted. Approximately 95% of all such procedures use an ultrasound probe to break up the lens for removal. The surgeon makes a tiny incision in the cornea at the front of the eye and inserts a needle-thin probe into the lens where the cataract has formed. The surgeon uses the probe, which uses ultrasonic waves, to break up or emulsify the cataract, then flushes the eye, and suctions out the slurry. This process is called phacoemulsification. Phacoemulsification is accomplished with highly sophisticated equipment that also houses the solution used for the flushing.

41

289.    To flush the eye, the surgeon irrigates the eye with sterile balanced salt solution ("BSS") and then aspirates (vacuums out) the solution along with the emulsified lens.

290.    Once the cataract has been removed, the artificial lens is implanted. The entire surgery typically takes between several and 15 minutes.

291.    Typically, surgeons use between 30 and 85 mL of BSS to irrigate and aspirate the eye.

### B.    Omidria

292.    One potential complication of cataract surgery is called "miosis" – which is a narrowing of the pupil during the surgery that could limit the surgeon's field of vision through the pupil into the lens area.

293.    Seattle-based Omeros[1] put its Omidria drug on the market in mid-2015 as a then-described and FDA-approved injectable (into the eye) drug that would combat miosis during cataract surgery and reduce postoperative ocular pain.

294.    Omidria is packaged in a vial containing 4mL of Omidria.

295.    Upon information and belief, Defendant ASCs purchase Omidria from wholesale distributors.

296.    The full prescribing information for Omidria requires that the 4mL of Omidria be diluted with 500mL of sterile BSS (*i.e.*, injected into the bottle or bag containing the BSS) before being used (creating a total solution of 504mL).

297.    The full prescribing information indicates that, at room temperature, Omidria in the BSS has been determined to be safe and sterile for use for at least four hours.

---

[1] In December 2020, Omeros sold Omidria to Santen Pharmaceutical Co., Ltd. In January 2021, Santen sold some of their Omidria rights to Rayner Surgical Group.

42

298.    Based upon publicly available information and belief, Omidria was used in approximately 15% of all cataract surgeries.

### 1.    Omidria Billing

299.    In or about July 2019, CMS assigned Omidria a permanent reimbursement J-Code (J-1097) that became effective on October 1, 2019.  It also determined that one unit of Omidria for billing purposes would be 1mL.

300.    Because the 4mL vial of Omidria was injected into the BSS, one billing unit equated to 126mL of BSS with Omidria therein.  Therefore, use of 126mL (or less) of the BSS/Omidria solution for one procedure (*i.e.*, cataract surgery on one eye) would allow a provider to bill for one unit of Omidria under J-1097.

301.    According to experts, and upon information and belief, as noted above, typically only 30-85mL of the BSS/Omidria solution was used in a procedure.  As such, (1) virtually all Medicare claims for payment for cataract surgery where Omidria was used should include no more than 1 unit of Omidria and (2) each 504mL bottle or bag could be used for approximately between 6 and 16 procedures.  A review of ASC-level billing data should indicate an approximate 1:1 (but no more than a 1.5:1) correlation between the number of Omidria billed units and the number of cataract surgeries billed.

### 2.    Relator's Cataract Surgery

302.    Relator is a Medicare Part B beneficiary.

303.    On October 13, 2021 and October 27, 2021, Relator underwent successful cataract surgeries for each of his eyes at Defendant New Vision Cataract Center in Norwalk, Connecticut ("New Vision").

304.    Relator's surgeries were covered and paid for by Medicare.

305. Sometime later, Relator received two Explanation of Benefits ("EOB") forms from Medicare. He noticed that, in addition to the billing for the cataract surgery, there were also bills (and co-pays) for Omidria. Each EOB indicated that 4 units of Omidria had been used and billed. Medicare allowed New Vision approximately $420 for Omidria on each occasion (Medicare paid approximately $105 per unit of Omidria).

306. Upon information and belief, the surgeon used between 30 and 85mL of BSS containing Omidria for Relator's surgeries. As such, New Vision should have only billed for 1 unit of Omidria for each procedure. Instead, New Vision falsely and fraudulently billed four units for each procedure.

307. Concerned by New Vision's conduct, Relator further researched Omidria as well as CMS data of Medicare Part B Omidria billings (under J-1097) for New Vision and all Defendants.

308. A review of the CMS Part B billings (data does not include any billings through Medicare Advantage under Part C) for Omidria under J-1097 for the calendar year 2020 (Medicare data is not currently available for 2021 or 2022) indicated that the Defendants collectively billed Medicare for approximately 440,000 units of Omidria but only approximately 110,000 cataract surgeries resulting in an approximate 4:1 ratio.

309. As an example, New Vision performed and billed 344 Medicare-reimbursed cataract surgeries in 2020, but billed for 1370 units of Omidria, a ratio of almost exactly 4:1. A detailed breakdown of each Defendant's 2020 Omidria billings and ratio is included in Exhibit 1 to this Complaint. For virtually all of the Defendants, the ratio of Omidria billing units to cataract surgeries billed was exactly or approximately 4:1.

44

310.    Upon information and belief, each of the Defendants knowingly billed for 4 units of Omidria for each cataract surgery performed even though they used less than 1 unit.

311.    Upon further information and belief, none of the Defendants claimed that it wasted Omidria or billed Medicare using the JW modifier.

## COUNT I: Violation of the False Claims Act
(31 U.S.C § 3729 (a)(1)(A))

312.    Relator incorporates by reference and realleges all paragraphs of this Complaint set forth above as if fully set forth herein.

313.    From at least in or about January 2020 through in or about December 2020, and upon information and belief from October 1, 2019 through the present, Defendants knowingly presented, or caused to be presented, and continue to present or cause to be presented, false and fraudulent claims for payment or approval to the United States – i.e., the foregoing false and fraudulent claims for payments from Medicare for Omidria – in violation of 31 U.S.C. § 3729(a)(1)(A).

314.    Said false and fraudulent claims were presented with Defendants' actual knowledge of their falsity, and with reckless disregard or deliberate ignorance of whether or not they were false.

315.    The United States would not have paid Defendants for these false and fraudulent claims for Omidria had it known that Defendants were using the same 4mL vial of Omidria for multiple procedures.

316.    As a direct and proximate result of the false and fraudulent claims made by Defendants, the United States has suffered damages and therefore is entitled to recovery as provided by the False Claims Act in an amount to be determined at trial, plus a civil penalty for each false claim.

**Count II: Violation of the False Claims Act**
(31 U.S.C. § 3729(a)(1)(B))

317.    Relator incorporates by reference and realleges all paragraphs of this Complaint set forth above as if fully set forth herein.

318.    From at least in or about January 2020 through in or about December 2020, and upon information and belief from October 1, 2019 through the present, Defendants knowingly made, used or caused to be made or used, and continue to make, use and cause to be made or used, false records or false statements material to the foregoing false or fraudulent claims such that these false or fraudulent claims would be paid and approved by the United States, in violation of 31 U.S.C. § 3729(a)(1)(B).

319.    Defendants' knowingly false records or false statements were material, and upon information and belief continue to be material, to the false and fraudulent claims for payments they made and continue to make to the United States for Medicare reimbursements and benefits.

320.    Defendants' materially false records or false statements are set forth above and include, but are not limited to, certifications in the claims for payment (*i.e.*, CMS Form 1500 or 837p) that Defendants used 4mL of Omidria in each procedure.

321.    These said false records and false statements were made, used or caused to be made or used, and continue to be made, used and caused to be made and used, with Defendants' actual knowledge of their falsity, and with reckless disregard or deliberate ignorance of whether or not they were false.

322.    As a direct and proximate result of these materially false records or false statements, and the related false or fraudulent claims made by Defendants, the United States has suffered damages and therefore is entitled to recovery as provided by the False Claims Act in an amount to be determined at trial, plus a civil penalty for each false claim.

46

## Prayer for Relief

WHEREFORE, Plaintiff-Relator Robert Pritsker, acting on behalf of and in the name of the United States, demands and prays that judgment be entered in favor of the United States against Defendants as follows:

1.   Treble the United States' damages, in an amount to be determined at trial, plus a penalty for each false claim submitted in violation of the False Claims Act;

2.   Award of costs for this civil action; and

3.   For prejudgment interest and for such other and further relief as the Court deems proper, just and equitable.

MOREOVER, Plaintiff-Relator Robert Pritsker, on his own behalf, demands and prays that an award be made in his favor as follows: (a) for twenty-five percent (25%) of the proceeds collected by the United States if it intervenes in and conducts this action, or for thirty percent (30%) of the proceeds if the United States does not intervene; (b) for an amount for reasonable expenses necessarily incurred by the Relator in prosecution of this action; (c) for all reasonable attorneys' fees and costs incurred by the Relator; and (d) for such other and further relief to which the Relator may show himself justly entitled.

## Demand for Jury Trial

Relator hereby demands a jury trial.

Dated: April 28, 2023

Respectfully submitted,

ROBERT PRITSKER

By his attorneys

Gregg Shapiro (BBO No. 642069)
Gregg Shapiro Law, LLC
101 Federal Street, Suite 1900
Boston, MA 02110
Tel: 617-582-3875
gshapiro@greggshapirolaw.com

Peter N. Katz (*pro hac vice* motion pending)
Law Offices of Peter Katz, LLC
116 Village Blvd., 2nd Floor
Tel: 609-734-4380
peter@pkatzlegal.com